SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. ALAN JOHN JOHNSON, Defendant.

DECISION

No. DC-85-133b

The application of the above-named defendant for a review of the sentence of 5 years for Criminal Possession of Dangerous Drugs + 1 day credit for time served; Swan River Recommendation imposed on March 13, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Paul Ewers of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Seventh Judicial District, County of Richland, STATE OF MONTANA, Plaintiff vs. JAMES GREGORY POULOS, Defendant.

DECISION

No. 1936

The application of the above-named defendant for a review of the sentence of 5 years for Custodial Interference plus credit for time served, imposed on August 25, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to one (1) year in the Montana State Prison for Custodial Interference plus credit for time served.

Reasons for the Amendment are:

(1) The sentence imposed by sentencing judge is disproportionate to what the Co-Defendant received.

(2) This Court felt it should have been a County Jail Sentence in the first place.

We wish to thank Les Ocks of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

12

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. TIMOTHY E. "CATFISH" WILSON, Defendant.

DECISION

No. DC-86-43a

The application of the above-named defendant for a review of the sentence for Count I, Mitigated Deliberate Homicide, 40 years + 10 years for the use of a weapon, to run consecutively; Count II, Mitigated Deliberate Homicide, 40 years + 10 years for the use of a weapon, to run consecutively; Counts I & II are to run concurrently; plus ineligible for parole until 30 years is served - DANGEROUS DESIGNATION - imposed on June 11, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Mark Nord of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Twentieth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. CLIFFORD JAMES RAYMOND, Defendant.

DECISION

No. DC-86-111

The application of the above-named defendant for a review of the sentence for Count I, Burglary, 10 years; Count II, Theft, 10 years; These sentences are to run concurrently and three years of sentence has been suspended. DANGEROUS OFFENDER DESIGNATION, imposed on November 26, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

THE HONORABLE THOMAS HONZEL DISSENTING: He would have granted the relief requested by counsel based on the age of the defendant, and the need for drug and alcohol treatment on an inpatient basis, which Judge Honzel would have